IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| LEON STAMBLER,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANCORP., et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:14cv45<br><br>Judge: Sandra S Beckwith<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiff Leon Stambler's and Defendants Fifth Third Bancorp and Fifth Third Bank's Agreed Motion to Dismiss. After considering the Motion and finding that good cause exists for its entry, it is hereby

ORDERED that all claims of Plaintiff Leon Stambler against Defendants Fifth Third Bancorp and Fifth Third Bank be and are hereby DISMISSED from the above-entitled and numbered cause with prejudice, that all claims of Defendants Fifth Third Bancorp and Fifth Third Bank against Leon Stambler are DISMISSED without prejudice, and that each party shall bear its own costs and fees.

_____
United States District Judge